SCANNED AT PINCKNEYVILLE CC e-mailed
9/6/19 by CB 19
date  initials  No.

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

William W. Bishop III )
_____ )   Case Number: 19-981-SMY
_____ )   _____
_____ )   (Clerk's Office will provide)
_____ )
Plaintiff(s)/Petitioner(s) )
v. )   ☐ CIVIL RIGHTS COMPLAINT
_____ )   pursuant to 42 U.S.C. §1983 (State Prisoner)
Baker )   ☐ CIVIL RIGHTS COMPLAINT
Pestka )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Hill )   ☐ CIVIL COMPLAINT
_____ )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
Defendant(s)/Respondent(s) )   §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement. William W. Bishop III #M48349
Pinckneyville Correctional Center
5385 State Route 154
Pinckneyville, IL 62274-3418

**Defendant #1:**

B.   Defendant _____Baker_____ is employed as
         (a)   (Name of First Defendant)

_____Correctional Officer / Lieutenant_____
         (b)   (Position/Title)

with _____Pinckneyville Correctional Center_____
         (c)   (Employer's Name and Address)

_____5385 State Route 154  Pinckneyville, IL 62274-3418_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☑Yes   ☐ No

If your answer is YES, briefly explain: Lieutenant Baker was the officer working the housing Unit, that I addressed during the situation.

Rev. 7/20/18                                1

**Defendant #2:**

C. Defendant __Pesitka__ is employed as
(Name of Second Defendant)

__Correctional officer / Correctional officer__
(Position/Title)

with __Pinckneyville Correctional Center__
(Employer's Name and Address)

__5835 State Route 154   Pinckneyville, IL 62274-3418__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: C/O. Pesitka was the officer that instigated the situation, and whom I first addressed.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Hill
Correctional counselor / correctional counselor
Pinckneyville Correctional Center
5835 State Route 154 Pinckneyville, IL 62274-3418

was employed by P.CC when complaint arose

She was the housing units counselor that I filed the initial emergency grievance with.

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

   1. Parties to previous lawsuits:
      Plaintiff(s):


      Defendant(s):


   2. Court (if federal court, name of the district; if state court, name of the county):

   3. Docket number:

   4. Name of Judge to whom case was assigned:

   5. Type of case (for example: Was it a habeas corpus or civil rights action?):

   6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

   7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? I approached the wing officer C/O. pesitka, then I approached the unit housing lieutenant, then I filed an Emergency grievance and multiple grievances afterwards, and sent the grievances I did get responses for to the administrative review board.

   2. What was the result? C/O pesitka told me to lock up, I did. Lt. Baker called me a "diseased mother fucker" yelled at me, humiliated, and defamated me. I filed the emergency grievance six months ago, still have not gotten a response. Only some of the other grievances have been responded to. Administrative Review board, told me that my grievances are "untimely" and insufficent with proof.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 05/20/2019
**Offender (Please Print):** William W. Bishop III
**ID#:** M48349
**Present Facility:** Pinckneyville Correctional Center
**Facility where grievance issue occurred:** Pinckneyville Correctional Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report / Facility where Issued
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Defamation of Character, Safety and Sanitation, Deliberate Indifference

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On february, 13th 2019, I filed an emergency grievance on Lieutenant Baker, and c/o Pesitka on housing unit 4. The situation was I was cleaning my cell the morning of Feb, 13th 2019, they called commissary earlier than usual, I placed my commissary order form slightly between my lips so I could tuck in my blues, and get into compliance with pinckneyville dress code. I approach the commissary officer and c/o Pesitka says "oh, we've got a mouther, you're not going to commissary." The commissary officer says "yeah, I didn't see it, but you're not going, go to your cell". I didn't back talk, I immediately did as I was told. They ran lunch lines, I went to lunch

**Relief Requested:** You can start to appease me by taking me off of B grade, putting me on A grade, and giving me back the 6 months that was taken from me for what happened in Big Muddy River Correctional Center

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** William W. Bishop III
**ID#:** M48349
**Date:** 05/29/2019

*(Continue on reverse side if necessary)*

### Counselor's Response (if applicable)

**Date Received:** ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Use correct form

**Print Counselor's Name:** _____
**Counselor:** _____
**Date of Response:** ___/___/___

### EMERGENCY REVIEW

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** _____
**Date:** ___/___/___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

as I returned to 4 house from lunch, Lieutenant Baker was on the unit I approached him respectfully, I asked "sir, may I speak with you"? He responded "depends about what". I explained the situation to him, and informed him I was on B grade, and that I had no toothpaste, very little deodorant, and only one bar of soap. Lieutenant Baker asked me if I spoke to the unit officer (C/O Pesitka) I said "yes" and Lt. Baker asked me "what did he say"? I told Lt. Baker that C/O Pesitka said I could not go to commissary, then Lt. Baker started yelling at me saying, "as for as I am concerned your a diseased Mother Fucker your all pieces of shit, and I wont put my staff at risk, youre not going to commissary"! I responded "Yes sir", and went to my cell.

Upon writing my grievance (emergency grievance) I asked C/O Pesitka what his name was, and how to spell it (because at the time I did not know) he responded with "Why? Are you going to write me up"? Then he walked off. I had to get the information from another inmate.

I wrote my emergency grievance with the previously stated statement above, because I had no hygiene, and I only get to go to commissary once a month because of B grade, they took that from me, and because I am not indigent I couldn't get hygiene from the facility, so I went 30 plus days without hygiene which violates my safety and sanitation rights. Also for defimation of character because of what Lt. Baker said to me as well as diliberate indifference.

They issue the c/o's rubber gloves to shake down our cells, and to give us pat downs. If they are so worried about diseases they should wear them all the time. I have a clean bill of health.

I have not gotten any responses to my emergency grievance Which I filed less than 90 days ago. I did not make a copy of it but I have proof I was denied my B grade shop. I still have the highlighted commissary form I have that was approved, and I have been to commissary for every commissary I have been allowed with receipts.

I was walking by counselor Hill, and Lt. Baker one day and Mrs. Hill stated "I threw it away." It referring to my emergency grievance.

I have made copies of this, and sent copies home. My next step is lawsuits.

I do nothing but respect staff, and I keep getting wronged by them.

# State of Illinois Department of Corrections
## Pinckneyville Correctional Center
### Commissary Order

RECEIVED FEB 13 2019 By_____

$ _____

Trust Fund Account Balance

Date 02/12   20 19

__Unassigned__ AM/PM
Assignment

ID# M48349   Name Bishop   House 4-A   Cell 57

| Quantity | Articles | Substitutions |
|---|---|---|
| 3 | Irish Spring Bar Soap | |
| 1 | Dial Roll-on Deodorant | |
| 1 | Regular Colgate Toothpaste | |
| 1 | Colgate Icy Blast | |
| 1 | AAA Battery | |
| 1 | Picture | |
| 1 | Bowl | |
| 1 | Vaseline Moisture Lotion | |
| 1 | Legal Pad | |
| 1 | Maxima Coffee | |
| 1 | Peanut Butter | |
| 6 | Fish Steaks w/Green Chilies | |
| 1 | Mackeral | |
| 8 | Beef Ramen Noodles | ANY |
| 1 | Oatmeal Creme Pie | |
| 1 | Pen | |

DCA #260-53497
IL #426-23808

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Bishop, William, M48349
Last Name / First Name / MI / ID#

**Facility:** Pinckneyville

☒ Grievance: Facility Grievance # (if applicable) _____   Dated: 5/20/2019   or ☐ Correspondence: Dated: _____

Received: 8/1/2019   Regarding: Staff Conduct - Lt. Baker, Co Pesitka, counselor Hill

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☒ No justification provided for additional consideration.

**Other** (specify): Follow DR 504F

Completed by: Travis Bayler   Signature   8/2/2019

Distribution: Offender, Inmate Issues

*Printed on Recycled Paper*   DOC 0070 (Rev. 3/2018)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 05/20/2019 | Offender: (Please Print) William W. Bishop III | ID#: M48349 |
| Present Facility: Pinckneyville Correctional Center | Facility where grievance issue occurred: Pinckneyville Correctional Center | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Defamation of Character, safety and sanitation, Deliberate indifference

- [ ] Disciplinary Report: ___/___/___
    Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On February 13th 2019, I filed an emergency grievance on Lieutenant Balker, and c/o Desitka on housing unit 4. The situation was I was cleaning my cell the morning of Feb, 13th 2019, they called commissary earlier than usual, I placed my commissary order form slightly between my lips so I could tuck in my blues, and get into compliance with Pinckneyville dress code. I approach the commissary officer and c/o Desitka says "Oh, we've got a mouther, you're not going to commissary." The commissary officer says "yeah, I didn't see it, but you're not going, go to your cell". I didn't back talk, I immediately did as I was told. They ran lunch lines, I went to lunch

**Relief Requested:** You can start to appease me by taking me off of B grade putting me on A grade, and giving me back the 6 months that was taken from me for what happened in Big Muddy River Correctional Center

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

William W. Bishop III    M48349    05/29/2019
Offender's Signature        ID#            Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

RECEIVED JUL 3 1 2019 ADMINISTRATIVE REVIEW BOARD

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

As I returned to 4 house from lunch, Lieutenant Baker was on the unit I approached him respectfully. I asked "sir, may I speak with you"? He responded "depends about what" I explained the situation to him, and informed him I was on B grade, and that I had no toothpaste very little deodorant, and only one bar of soap. Lieutenant Baker asked me if I spoke to the unit officer (C/O Pesitka) I said "yes" and Lt. Baker asked me "what did he say"? I told Lt. Baker that C/O Pesitka said I could not go to commissary, then Lt. Baker started yelling at me saying "as far as I am concerned your a diseased Mother Fucker your all pieces of shit, and I won't put my staff at risk, you're not going to commissary"! I responded "yes sir", and went to my cell.

Upon writing my grievance (emergency grievance) I asked C/O Pesitka what his name was, and how to spell it (because at the time I did not know) he responded with "why? Are you going to write me up"? Then he walked off. I had to get the information from another inmate.

I wrote my emergency grievance with the previously stated statement above, because I had no hygiene, and I only get to go to commissary once a month because of B grade, they took that from me, and because I am not indigent I couldn't get hygiene from the facility, so I went 30 plus days without hygiene which violates my safety and sanitation rights. Also for defamation of character because of what Lt. Baker said to me as well as deliberate indifference.

They issue the C/O's rubber gloves to shake down our cells, and to give us pat downs. If they are so worried about diseases they should wear them all the time. I have a clean bill of health.

I have not gotten any responses to my emergency grievance which I filed less than 90 days ago. I did not make a copy of it but I have proof I was denied my B grade shop. I still have the highlighted commissary form I have that was approved, and I have been to commissary for every commissary I have been allowed with receipts.

I was walking by counselor Hill, and Lt. Baker one day and Mrs. Hill stated "I threw it away". It referring to my emergency grievance.

I have made copies of this, and sent copies home. My next step is law suits.

I do nothing but respect staff, and I keep getting wronged by them.

RECEIVED
JUL 31 2019
ADMINISTRATIVE REVIEW BOARD

To whom may concern,  07/27/2019

My name is William W. Bishop III, My I.D. is M48349. I am writing in regards to staff conduct in Pinckneyville correctional center. Enclosed are copies of grievances I have filed, (and copied) have submitted multiple times, and have gotten no responses from anyone but "use correct form", no signatures, no dates.

Mrs. Minor my counselor on 2 house has been unresponsive to all of my request slips ever since I brought up her response in a grievance. I consider her unresponsiveness as retaliation, as well as the disappearing of my original Emergency greivance I wrote on Lieutenant Baker, and C/O Pesitka.

I have sent request slips to counselor Minor in regards of getting Lt. Baker, C/o. Pesitka, and counselor hills first names for my law suit as well as a transaction sheet so I can file ~~lawsuit~~ suit. I need one for the past six months for legal purposes, and Mrs. Minor told me she could only print out two months. I know this is a lie because I have gotten one for six months here before.

Enclosed are copies of all related topics.

Thank you for your Time,
William W. Bishop III

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Housing Unit: X5-7    Bed #: ___
1 COPY

| | |
|---|---|
| Date: 08/02/2019 | Offender (Please Print): Bishop |
| | ID#: M48349 |
| Present Facility: Pinckneyville C.C. | Facility where grievance issue occurred: Pinckneyville CC |

New Grievance I have yet to get a response for

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☑ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☑ Other (specify): Threats, and intimidation, harrassment

☐ Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 5/29/2019 I filed a grievance on Lt. Johnson for threats, and intimidation, and harrassment. On July 9th I was preparing for supper when my door was popped/opened to go to chow I stepped out of my cell still tucking my shirt in, Lt. Johnson told me to get back in my cell, and that I was not going to chow I was not fed that night.

I received a response to the initial grievance I filed on Lt. Johnson, from counselor Minor, she said I admitted in the grievance I was not following procedures (where I did no such thing). This leads me to believe my grievance's are not even being read properly.

On previous grievance my relief requested was "I want Lt. Johnson kept

**Relief Requested:** I want Lt. Johnson kept away from me, I am not seeking protective custody. Other than that this is just a precaution in case Lt. Johnson harms me Physically, or mentally.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☑ Check if this is NOT an emergency grievance.

_[signature]_  Offender's Signature    M48349 ID#    ___/___/___ Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

Distribution: Master File, Offender    Page 1    DOC 0046 (1/2018)
Printed on Recycled Paper

Housing Unit: _____ Bed #: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

away from me, I am NOT seeking protective custody. Other than that it's just a precaution in case Lt. Johnson harms me physically, or mentally. ~~Also~~ He took my meal for no reason.

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

Housing Unit: 2C-59  Bed #: ____

1 COPY

*New Grievance I have yet to get a response for*

**Date:** 08/02/2019
**Offender:** (Please Print) Bishop
**ID#:** M48349
**Present Facility:** Pinckneyville C.C.
**Facility where grievance issue occurred:** Pinckneyville C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Disciplinary Report: ___/___/___
       Date of Report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I have filed multiple grievances on Lt. Baker, and C/O Pesitka, on the same conflict (including an emergency grievance that was completely ignored) and have gotten no responses until today, 08/02/2019.
   The response I received from counselor Minor was "Offenders grievance request is unclear. Grievances are answered in a timely manner, and returned". This statement is untrue, out of 4 grievances I have written (including an emergency grievance I wrote months ago disappeared) the majority before this one I have only gotten this response.
   Counselor Minor, and counselor Hill have completely ignored this situation, and they all withhold information.

**Relief Requested:** A counselor that's not biased towards me because I am incarcerated, and because they are friends with their co-workers to read my grievances, and respond

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self
- [x] Check if this is NOT an emergency grievance.

_____  W Bishop  _____   M48349   ___/___/___
Offender's Signature                                           ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

_____

_____

_____

_____

Print Counselor's Name _____   Counselor's Signature _____   Date of Response ___/___/___

---

**EMERGENCY REVIEW**

**Date Received:** ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner

_____   ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File, Offender
Page 1
DOC 0046 (1/2018)
Printed on Recycled Paper

Housing Unit: [illegible] Bed #: 2U-54

2121-07-19

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 07/03/2019
**Offender (Please Print):** Bishop
**ID#:** M48349
**Present Facility:** Pinckneyville C.C.
**Facility where grievance issue occurred:** Pinckneyville C.C.

RECEIVED JUL 10 2019

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Other (specify)
- [ ] Disciplinary Report: ___/___/___  Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have wrote two grievances on ~~Sgt.~~ Lieutenant Baker, and Correctional officer Pesitka. The first was an emergency grievance, on safety and sanitation, and deliberate indifference. I have not yet gotten a response for it, and I wrote it approximately 5 months ago. I re-wrote the grievance, and made copies of it. I did not file this one as an emergency. I filed it a month ago, and still have not gotten a response.

This grievance keeps disappearing. The second grievance I wrote was responded to it came back with a sticky note on it that said "use proper pen." It was not signed or dated so I rewrote it.

**Relief Requested:** I want the responses to my grievances so I can move onto the next step of my law suit.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

**Offender's Signature:** William W Bishop II   **ID#:** M48349   **Date:** 07/08/2019

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

**Date Received:** 7/12/19
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Offender's grievance request is unclear. Grievances are answered in a timely manner and returned.

[handwritten margin note: If grievances were answered in a timely manner where is my emergency grievance?]

**Print Counselor's Name:** K. Minor
**Counselor's Signature:** K. Minor
**Date of Response:** 7/24/19

---

### EMERGENCY REVIEW

**Date Received:** ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** _____   **Date:** ___/___/___

Received 08/23/2019

Distribution: Master File, Offender    Page 1    DOC 0046 (1/2018)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Housing Unit _____ Bed # _____

on a "proper form", filed it, and have not recieved a response. I am currently writing this grievance for the 4th time, and I am submitting it on the same date as this one which is 07/08/2019

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not: Some grievances I am still waiting for responses for. Like my initial emergency grievance I filed 6 months ago, along with other grievances.

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On February 13th 2019, I was cleaning my cell, the usually do not call commissary for my wing until after lunch, they called it early. While rushing out of my cell, I was hurriedly trying to tuck my shirt in, trying to get into compliance with P.C.C dresscode. I placed my commissary slip slightly between my lips so I could tuck in my shirt. Upon approaching C/o Pesitka he stated "we got a mouther" and then denied me my once a month B grade shop for commissary. I didn't argue he told me to lock down, and I complied.

A short time later the wing was called to lunch. Upon returning from lunch I spoke with lieutenant Baker, explained to him I have no soap, no toothpaste, no hygiene, that I am on B grade, and can only shop once a month, I approached Lt. Baker respectfully, and he exploded on me calling me (while yelling) a "diseased Mother fucker" etc... afterwords he told me to lock down. I complied with no arguement.

While in my cell I wrote an emergency grievance, C/o Pesitka walked by, I asked him for his name, and badge number, and his response was "Why you going to write me up" then he proceeded to leave the unit.

The emergency grievance I filed went to counselor Hill, whom I over heard telling lieutenant Baker that she "threw the grievance away".

I filed the emergency grievance on feb 13, it is now August 16th, and I still have not gotten a response for it. The administrative review board said that my grievance was "untimely". I wrote the first grievance the same day the issue occured which was the emergency grievance. I should not have to make sure I get grievances copied to address an issue. I addressed the issue in a timely manner, but the emergency grievance somehow vanished. I have been writing grievances on this issue for the past 6 months, I have only gotten a few responses. I have filed more grievance then gotten responses for, and those responses seem like they do not know whats going on, or that the grievances was not even read. The counselor also takes her time to pass out grievances, and respond to them.

I went over 30 days without hygiene, and I can't borrow, or get something from another inmate, because if I get caught doing that I get written up for "unauthorized possession and Trafficking and trading", and as of this date August 16th, I have been without any infractions for a little over a year. Which should prove that I handled this situation compliantly, and respectfully.

I have been to commissary every month except the month of February, my transaction sheets show it, and I have the original commissary slip from the day I was refused to by hygiene.

I went 30 days without hygiene, that is very degrading. Staff are issued gloves for a reason, some inmates don't wash thier hands yet staff still touches the same door handles as inmates, and arresst inmates with no gloves on. My emergency grievance was thrown away, completely ignored. I have asked for thier names several times, and denied information. The attatched grievances have additional comments made towards me by Lt. Baker, and more of the situation. I still have multiple grievances out that have gotten no responses.

Rev. 7/20/18                                    6

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

$10,000 monetary compensation, for mental health effects caused by 30 days without hygiene, and immediate release if I am still incarcerated when, and if verdict is found in my favor

## VI. JURY DEMAND (check one box below)

The plaintiff ☐ does ☑ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 8/26/2019 (date)

_William W. Bishop III_
Signature of Plaintiff

5835 State Route 154
Street Address

William W. Bishop III
Printed Name

Pinckneyville, IL 62274-3418
City, State, Zip

M48349
Prisoner Register Number

Signature of Attorney (if any)

Rev. 7/20/18

7


SCANNED AT PINCKNEYVILLE CC and E-mailed
9/6/19 by CB   23 pages
date    initials   No.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

__William Bishop, III__          __m48349__
Name                              ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    **Yes** or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   __23__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document                                           Number of Pages

   __New 1983 Complaint__                                     __19__
   __motion & Affidavit to__
   __Proceed w/o prepaying fees__                             __4__
   __or costs__

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.